# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CASE NO. 13-CV-01322-MJD-AJB

| | |
|---|---|
| Delores K. Mills,<br><br>   Plaintiff,<br><br>v.<br><br>Unifund CCR, LLC, a foreign limited liability company, and Como Law Firm, P.A., a Minnesota professional corporation,<br><br>   Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Based on the NOTICE OF DISMISSAL WITH PREJUDICE filed by the Plaintiff herein, this Court hereby orders that the Complaint against the Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 31, 2013       s/ Michael J. Davis
                 Chief Judge Michael J. Davis
                 United States District Court